

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00701-CV

Vicki A. **GIL**,
Appellant

v.

John R. **HOLDERMAN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-20199
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are assessed against appellant.

SIGNED August 15, 2018.

Luz Elena D. Chapa, Justice